UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
APR 05 2011

| | | |
|---|---|---|
| JEROME WALKER, SR., | * | CIV. 06-4165 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| PFIZER, INC., | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending is Pfizer's motion for summary judgment which was filed March 4, 2011.[1] Pfizer filed a memorandum supporting its motion together with a statement of material facts.[2] According to Pfizer, Walker has not designated an expert or experts and has not served an expert report, and the deadline for doing so was January 24, 2011.[3] Walker has not responded to the summary judgment motion, and the deadline for doing so was March 28, 2011.[4]

It is ORDERED that Pfizer's motion for summary judgment is GRANTED.[5]

Dated April 5, 2011.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

---

[1] Doc. 33.

[2] Docs 34 & 35.

[3] Doc. 34, p. 1.

[4] Local Rules 7.1B & 56.1B.

[5] Doc. 33.