FILED
APR 0 5 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

******************************************************************************

|  |  |  |
|---|---|---|
| JEROME WALKER, SR., | * | CIV. 06-4165 |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| vs. | * |  |
|  | * | JUDGMENT |
| PFIZER, INC., | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

******************************************************************************

The Court having issued its Order dated this date, it is hereby ORDERED, ADJUDGED and

DECREED that the above-captioned matter be DISMISSED, with prejudice and on the merits, with

Plaintiff taking nothing thereunder.

Dated April 5, 2011.

BY THE COURT:

John E. Simko
United States Magistrate Judge